March 27, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

REMOTE CONTROL HOBBIES, L.L.C. A/K/A AND D/B/A REMOTE
CONTROL HOBBIES, Appellant

NO. 14-12-01088-CV                    V.

AIRBORNE FREIGHT CORPORATION D/B/A AIRBORNE EXPRESS
SUCCESSOR BY MERGER TO DHL EXPRESS, Appellee

_____

This cause, an appeal from the turnover order signed December 4, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order Appellant to pay all costs incurred in this appeal.

We further order this decision certified below for observance.